Robert A. Schroeder (SBN 73913)
Laura M. Lloyd (SBN 242224)
**SHELDON MAK & ANDERSON PC**
100 Corson Street, Third Floor
Pasadena, California 91103-3842
Tel.: (626) 796-4000
Fax: (626) 795-6321
E-mail: robert.schroeder@usip.com; laura.lloyd@usip.com

Attorneys for Plaintiff

FILED
2012 MAY 24 PM 4:21
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| WING POW INTERNATIONAL CORP., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN LINGJULI ELECTRONICS CO., LTD. (深圳市零距离电子有限公司) (Doing Business As ODECO Ltd.); HUIMING ZHONG; and DOES 1-100,<br><br>Defendants. | Case No. CV12-4569 DDP (CWx)<br><br>**COMPLAINT FOR INFRINGEMENT OF UNITED STATES PATENT NO. 7,828,717**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Wing Pow International Corp., a California corporation, for its complaint against Shenzhen Lingjuli Electronics Co., Ltd. (深圳市零距离电子有限公司), Huiming Zhong and DOES 1-100, alleges as follows:

**<u>THE PARTIES</u>**

1. Plaintiff, Wing Pow International Corporation ("Wing Pow"), is organized under the laws of California, having a place of business in Chatsworth, California.

2. Defendant Shenzhen Lingjuli Electronics Co., Ltd. (深圳市零距离电子有限公司), doing business and hereafter referred to as ODECO Ltd., is a limited liability company organized under the laws of the People's Republic of China and having a place of business in Shenzhen, Guangdong, China.

3. Defendant Huiming Zhong ("Zhong") is an individual residing in Shenzhen, Guangdong, China.

4. The identities and particulars of DOES 1-100 are presently unknown to Plaintiff Wing Pow.

## JURISDICTION AND VENUE

5. Plaintiff Wing Pow asserts claims for patent infringement (direct and indirect) arising under the patent laws of the United States, Title 35 of the United States Code. This Court, therefore, has subject matter jurisdiction under 28 U.S.C., §§ 1331 and 1338(a).

6. Venue is proper in this judicial district under 28 U.S.C. 1391(c) and 1400(a) &(b), Defendants having sent exemplars of infringing devices into this judicial district with the intent and expectation that, on information and belief, the recipients of these examples will use them in this judicial district to offer for sale and sale of larger quantities of such devices.

## THE PATENT AT ISSUE

7. United States Patent No. 7,828,717 ("the Patent," a copy of which is attached as Exhibit A), entitled "Mechanized Dildo," was duly and legally issued to Calvin Spencer Lee on November 9, 2010.

8. The Patent and all damages for infringement thereof, past and future, were assigned by Calvin Spencer Lee to Plaintiff Wing Pow, which remains the owner thereof.

## CLAIM FOR PATENT INFRINGEMENT AGAINST ODECO, LTD

9. Plaintiff realleges and incorporates by reference paragraphs 1 through 8 of this Complaint as though fully set forth herein.

10. Defendant ODECO, Ltd. has, without authorization, made, used, offered for sale and sold devices that infringe at least claims 1-3, 5-8, 10 and 12-14 the Patent, both literally and/or under the doctrine of equivalents. On information and belief, the infringing devices have been sold by Defendant ODECO under the designations including "Rabbit Vibrator" and "Touch Rabbit Vibrator."

11. On information and belief, as a result of the aforementioned acts, Defendant ODECO, Ltd. has infringed, actively induced infringement of the Patent under 35 U.S.C. § 271(b).

12. On information and belief, Defendant ODECO, Ltd. has also directly and indirectly provided to its customers user manuals, owner guides and instruction sheets relating to the operation and use of its infringing devices and has thereby induced consumers to use those devices, thereby causing direct infringement of the Patent by customers of Defendant ODECO, Ltd., who are not parties and have not been sued.

13. Plaintiff Wing Pow is entitled to recover from Defendant ODECO, Ltd. all damages it has sustained as a result of that Defendant's infringement and inducement of infringement and contributory infringement of the Patent.

14. Upon information and belief, direct infringement of 35 U.S.C. § 271(a) and induced infringement (35 U.S.C. § 271(b)) of the Patent by ODECO, Ltd. will continue and will cause Plaintiff Wing Pow irreparable harm unless enjoined by this Court. Plaintiff Wing Pow has no adequate remedy at law.

15. Upon information and belief, this is an exceptional case as to Defendant ODECO, Ltd. under 35 U.S.C. § 285.

## CLAIMS AGAINST DEFENDANTS ZHONG & DOES 1-100

16. Upon information and belief, Defendant Zhong is the controlling shareholder of Defendant ODECO, Ltd., and is the moving force behind Defendant ODECO, Ltd., owning a majority interest therein and exercising control over the activities and affairs of Defendant ODECO, Ltd.

17. Upon information and belief, Defendant Zhong is also the "legal representative" of Defendant ODECO, whereby Defendant Zhong has exercised control over the actions of Defendant ODECO.

18. Upon information and belief, Defendants Zhong and Does 1-100 have knowingly aided, abetted, encouraged, facilitated and participated in the unlawful activities of Defendant ODECO, Ltd. alleged above.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Wing Pow requests judgment as follows:

A. Preliminary and then permanent injunctions restraining all Defendants from further infringement or inducement of infringement of the Patent;

B. An award in favor of Plaintiff Wing Pow holding Defendants jointly and severally liable for three times the damages sustained as a consequence of Defendants' infringement and inducement of infringement of the Patent pursuant to 35 U.S.C. § 284;

C. An award to Plaintiff Wing Pow of its attorneys' fees, as provided by 35 U.S.C. § 285, Defendants being liable for such fees;

D. An award to Plaintiff Wing Pow of interest and costs as fixed by the Court; and

E. An award to Plaintiff Wing Pow of such other and further relief as this Court deems proper.

Dated: May 24, 2012

Respectfully submitted,

SHELDON MAK & ANDERSON PC

By: ______________________
Robert A. Schroeder
Attorneys for Plaintiff, Wing Pow International Corp.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, and Local Rule 38-1, plaintiff WING POW does hereby demand trial by jury of each and every issue or claim as to which it is entitled to trial by jury under Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: May 24, 2012

Respectfully submitted,

SHELDON MAK & ANDERSON PC

By: ______________________
Robert A. Schroeder
Attorneys for Plaintiff, Wing Pow International Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

**CV12- 4569 DDP (CWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [ ] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [ ] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

Robert A. Schroeder (SBN 73913)
Laura M. Lloyd (SBN 24224)
SHELDON MAK & ANDERSON
100 Corson Street, Third Floor
Pasadena, California 91103-3842 T: (626) 796-4000
Attorney's for Plaintiff Wing Pow International

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WING POW INTERNATIONAL CORPORATION, a California corporation,<br>PLAINTIFF(S)<br>v.<br>JSHENZHEN LINGJULI ELECTRONICS CO., LTD. (深圳市零距离电子有限公司) (Doing Business As ODECO Ltd.); HUIMING ZHONG; and DOES 1-100,<br>DEFENDANT(S). | CASE NUMBER<br>CV12-4569 DDP (CWx)<br><br>SUMMONS |

TO: DEFENDANT(S): JSHENZHEN LINGJULI ELECTRONICS CO., LTD. (dba ODECO Ltd.); HUMING ZHONG; and DOES 1-100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ______________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Robert A. Schroeder & Laura M. Lloyd, whose address is SHELDON MAK & ANDERSON, 100 Corson Street, 3rd Floor, Pasadena, CA 91103. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: May 24 2012

By: ______________________
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Robert A. Schroeder (SBN 73913)
Laura M. Lloyd (SBN 24224)
SHELDON MAK & ANDERSON
100 Corson Street, Third Floor
Pasadena, California 91103-3842 T: (626) 796-4000
Attorney's for Plaintiff Wing Pow International

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WING POW INTERNATIONAL CORPORATION, a California corporation,<br>PLAINTIFF(S)<br>v. | CASE NUMBER<br>CV12-4569 DDP (CWx) |
| JSHENZHEN LINGJULI ELECTRONICS CO., LTD. (深圳市零距离电子有限公司) (Doing Business As ODECO Ltd.); HUIMING ZHONG; and DOES 1-100,<br>DEFENDANT(S). | **SUMMONS** |

TO: DEFENDANT(S): JSHENZHEN LINGJULI ELECTRONICS CO., LTD. (dba ODECO Ltd.); HUMING ZHONG; and DOES 1-100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Robert A. Schroeder & Laura M. Lloyd, whose address is SHELDON MAK & ANDERSON, 100 Corson Street, 3rd Floor, Pasadena, CA 91103. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: May 25 2012

By: SHEA BOURGEOIS
Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
WING POW INTERNATIONAL CORP., a California corporation

**DEFENDANTS**
SHENZHEN LINGJULI ELECTRONICS CO., LTD. (深圳市零距离电子有限公司) (Doing Business As ODECO Ltd.); HUIMING ZHONG; and DOES 1-10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Robert A. Schroeder (SBN 73913); Laura M. Lloyd (SBN 24224)
SHELDON MAK & ANDERSON PC
100 Corson Street, 3rd Floor, Pasadena, CA 91103 (626) 796-4000

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only** (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes ☑ No ☑ MONEY DEMANDED IN COMPLAINT: $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §§ 1338, 2201, and 2202 as to declaratory relief of invalidity, non-infringement of patent; Sec 43(a) of Lanham Act; 35 U.S.C. §§ 101, 102, 103, and 112

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☑ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

CV12-4569

FOR OFFICE USE ONLY: Case Number: ____________________

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Shenzen Guangdong, China - SHENZHEN LINGJULI ELECTRONICS CO., LTD. and HUIMING ZHONG.<br>Unknown - DOES 1-10, inclusive. |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): ______ **Date** May 24, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |