# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WING POW INTERNATIONAL CORP.<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN LINGJULI ELECTRONICS CO. LTD., et al.<br><br>Defendants. | **CASE NO. CV 12-04569 JAK (CWx)**<br><br>**Honorable John A. Kronstadt**<br><br>**JUDGMENT AGAINST SHENZHEN LINGJULI ELECTRONICS CO., LTD, (DBA ODECO LTD.) AND HUIMING ZHONG FOR INFRINGEMENT OF UNITED STATES PATENT NUMBER 7,828,717**<br><br>**JS-6**<br><br>**Complaint Filed: 05/24/2012** |

JUDGMENT

# ORDER OF JUDGMENT AGAINST SHENZHEN LINGJULI ELECTRONICS CO., LTD, DBA ODECO LTD., AND HUIMING ZHONG FOR INFRINGEMENT OF UNITED STATES PATENT NUMBER 7,828,717

THIS MATTER, having come before the Court on the Plaintiff's Wing Pow International Corporation (Plaintiff) Motion for Default Judgment, filed by Plaintiff on May 21, 2013 (Ct. Dkt. #30), pursuant to the Federal Rules of Civil Procedure, Rule 55, and Local Rule 55-1, and the Court, on January 15, 2013, (Ct. Dkt. #17) having ORDERED a default against Defendants Shenzhen Lingjuli Electronics Co Ltd (doing business as Odeco Ltd) ("Odeco") and Huiming Zhong, ("Zhong") (hereinafter jointly referred to as "Defendants") on Plaintiff's Complaint for Infringement of United States Patent No. 7,828,717 (the '717 Patent), filed by Plaintiff on May 24, 2012, (Ct. Dkt. #1), and the Court having reviewed the pleadings and being otherwise fully informed, and pursuant to the Order of July 10, 2013 (Ct. Dkt. #33) regarding Plaintiff's Motion for Entry of Default Judgment in regards to Defendants Odeco and Zhong,

WHEREFORE IT IS HEREBY ORDERED AND ADJUDGED:

1. That Defendants are subject to the jurisdiction of this Court;
2. That service of the Defendants under the Hague Convention was properly conducted;
3. That Defendants failed to answer or otherwise respond to the Complaint within the time permitted by law;
4. That Defendants have failed to challenge in any way the Plaintiff's allegations of infringement or the validity or enforceability of the '717 Patent;
5. That Defendants have not properly explained their failure to respond or otherwise appear;

6. That Defendant Odeco sold infringing devices under the designations "Rabbit Vibrator" and "Touch Rabbit Vibrator;"

7. That Defendant Zhong facilitated and participated in the unlawful activities;

8. That, because the allegations in the Complaint are taken as true, the Defendants infringed the '717 Patent under §§ 271(a)-(b); and

IT IS, THEREFORE, FURTHER ORDERED, ADJUDGED AND DECREED THAT judgment should be, and hereby is, entered in favor of Plaintiff and against Defendant Odeco and Defendant Zhong.

SO ORDERED, ADJUDGED, AND DECREED BY THE COURT this 6th day of August, 2013.

_____
Hon. John A. Kronstadt
United States District Court Judge